UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MANDEL JACKSON,<br>Defendant. | NO. CR24-164 JNW<br>**ORDER CONTINUING DETENTION** |

A Superseding Indictment having been returned against the above-named defendant, now therefore,

IT IS ORDERED that detention be continued as previously set.

DATED this 21st day of July, 2026.

UNITED STATES MAGISTRATE JUDGE



UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970